UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YS GM MARFIN II LLC, et al.,

                Plaintiffs,

     - against -

FOUR WOOD CAPITAL ADVISORS, LLC,
AND FOUR WOOD CAPITAL PARTNERS,
LLC,

                Defendants.

**ORDER**

20 Civ. 3320 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **September 22, 2020**;

2. Plaintiffs' opposition is due on **October 20, 2020;** and

3. Defendants' reply, if any, is due on **November 4, 2020**.

The conference scheduled for August 27, 2020 is adjourned sine die.

Dated: New York, New York
       August 25, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge