**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
YS GM MARFIN II LLC, YS GM MF VI LLC,
YS GM MF VII LLC, YS GM MF VIII LLC,
YS GM MF IX LLC, YS GM MF X LLC,
YIELDSTREET MARINE FINANCE, LLC,
and YIELDSTREET MANAGEMENT, LLC,

                    Plaintiffs,

-against-                            20 **CIVIL** 3320 (PGG)

                          **JUDGMENT**

FOUR WOOD CAPITAL ADVISORS, LLC,
FOUR WOOD CAPITAL PARTNERS, LLC,
STEVEN BAFFICO, and ANDREW SIMMONS,

                    Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated March 30, 2023, Defendants' motion to dismiss for lack of subject matter jurisdiction under Rule 12(b)(1) is granted. Defendants' request for oral argument is denied as moot; accordingly, the case is closed.

**Dated:** New York, New York

     March 30, 2023

                                                              **RUBY J. KRAJICK**

                                                              _____
                                                                   **Clerk of Court**

                                       **BY:**     *K. Mango*

                                                                     _____
                                                                  **Deputy Clerk**